1  COLLINSON LAW
2  A Professional Corporation
   Laura E. Inlow, State Bar No. 130584
3     E-mail: inlow@collinsonlaw.net
4  21515 Hawthorne Blvd., Suite 800
   Torrance, California 90503
5  Telephone: (424) 212-7777
6  Facsimile:  (424) 212-7757

**FILED:  2/1/12**

**JS-6**

7  Attorneys for Defendant, KMART CORPORATION

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 TATYANA SNEGEREVA,              Case No. 11-CV-03288-GHK (PLAx)
   SVETLANA MUSHIK, OLEG
12 SHTEYMAN individually and as a  Hon. George H. King
   Personal Representatives of THE
13 ESTATE OF IGOR SHTEYMAN,        **[PROPOSED] ORDER RE
14                                 STIPULATION FOR DISMISSAL
                  Plaintiff,       PURSUANT TO FRCP 41 (a)(1)(ii)**
15
       vs.
16
17 THE CITY OF LOS ANGELES, A
   POLITICAL SUBDIVISION OF THE
18 STATE OF CALIFORNIA; THE LOS
   ANGELES POLICE DEPARTMENT;
19 SEARS HOLDINGS MANAGEMENT
20 CORPORATION, and DOES 1-10,
   inclusive,                      Action Filed: May 27, 2011
21
22              Defendants.
23

-1-
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

The above-captioned action is dismissed without prejudice by Plaintiffs as against all Defendants pursuant to Rule 41(a)(1)(ii) of the <u>Federal Rules of Civil Procedure</u>.

Dated:   2/1/12

_____
Honorable George H. King
United States District Judge