1  COLLINSON LAW
2  A Professional Corporation
   Laura E. Inlow, State Bar No. 130584
3      E-mail: inlow@collinsonlaw.net
4  21515 Hawthorne Blvd., Suite 800
   Torrance, California 90503
5  Telephone: (424) 212-7777
6  Facsimile:  (424) 212-7757

**FILED:  2/1/12**

**JS-6**

7  Attorneys for Defendant, KMART CORPORATION

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11 TATYANA SNEGEREVA,                 Case No. 11-CV-03288-GHK (PLAx)
   SVETLANA MUSHIK, OLEG
12 SHTEYMAN individually and as a     Hon. George H. King
13 Personal Representatives of THE
   ESTATE OF IGOR SHTEYMAN,           **[PROPOSED] ORDER RE
14                                    STIPULATION FOR DISMISSAL
15         Plaintiff,                 PURSUANT TO FRCP 41 (a)(1)(ii)**
16      vs.

17 THE CITY OF LOS ANGELES, A
   POLITICAL SUBDIVISION OF THE
18 STATE OF CALIFORNIA; THE LOS
19 ANGELES POLICE DEPARTMENT;
   SEARS HOLDINGS MANAGEMENT
20 CORPORATION, and DOES 1-10,
21 inclusive,                         Action Filed: May 27, 2011
22
           Defendants.
23
24
25
26
27
28

-1-
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

The above-captioned action is dismissed without prejudice by Plaintiffs as against all Defendants pursuant to Rule 41(a)(1)(ii) of the <u>Federal Rules of Civil Procedure</u>.

Dated: 2/1/12

_____
Honorable George H. King
United States District Judge